UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DISNEY ENTERPRISES, INC.,
        Plaintiff,

-vs-                                      Case No. 6:07-cv-1153-Orl-18GJK

DORIS LAW, d/b/a
A Story of Your Name,
        Defendant.

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on Plaintiff's Motion for Final Default Judgment and Other Orders (Doc. 12). The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**. Plaintiff's Motion for Final Default Judgment and Other Orders (Doc. 12) is **GRANTED**. The Court awards Plaintiff Disney Enterprises, Inc. $25,000.00 in statutory damages and will enter Permanent Injunction by separate order. The Clerk of the Court is directed to enter judgment and close the case.

It is **SO ORDERED** in Orlando, Florida, this 23 day of January, 2008.

G. KENDALL SHARP
Senior United States District Judge

Copies to:

Counsel of Record
United States Magistrate Judge